Case 2:20-cv-00098-DPM   Document 13   Filed 08/28/20   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DONNIE B. JAMES
ADC #089050                                                             PLAINTIFF

v.                              No. 2:20-cv-98-DPM

ASA HUTCHINSON, Governor,
State of Arkansas, *et al.*                                             DEFENDANTS

## JUDGMENT

James's claims against Governor Hutchinson and Attorney General Rutledge are dismissed with prejudice. All his other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2020